AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

**FILED**
OCT 3 0 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**United States of America**

v.

**RICHARD BENTLER**

Case No. 23-mj- 5241

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the July 2, 2023, in the Western District of New York, the defendant, RICHARD BENTLER, having a having a prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, did knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

This Criminal Complaint is based on these facts:

☒  Continued on the attached sheet.

_____
*Complainant's signature*

Joshua A.Haslinger, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed telephonically.

Date: October 30, 2023

_____
*Judge's signature*

City and State:  Buffalo, New York

HON. MICHAEL J. ROEMER, USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Joshua A. Haslinger, being duly sworn, depose and say:

1.      I am a Special Agent (SA) with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), currently assigned to Buffalo, NY and have been so employed since September of 2007.  Prior to my appointment as an HSI Special Agent, I was employed as a Border Patrol Agent with United States Customs and Border Protection.  As part of my duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the possession of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).  I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review multiple examples of child pornography in various forms of media including computer media. I have also participated in the execution of numerous search warrants, a number of which involved child exploitation and/or child pornography offenses.

2.      I make this affidavit in support of a criminal complaint charging **RICHARD BENTLER** ("BENTLER"), with attempted production of child pornography and possession of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

3.      The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers in this

investigation, and upon my training and experience. Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause to believe that BENTLER knowingly violated Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

4. On July 2, 2023, the Buffalo, New York Police Department (BPD) commenced an investigation related to a sexual abuse call at BENTLER's residence located in Buffalo, NY. Upon arrival, the mother (Witness 1) of Minor Victim 1 (MV1), a 3-year-old female, both of whom also lived at the residence with BENTLER, told responding officers that she had observed BENTLER surreptitiously pointing a cellular telephone at MV1 under the kitchen table. MV1 was seated at the kitchen table across from BENTLER shirtless and wearing only her underwear. The uncle (Witness 2) of MV1 told responding officers that he was contacted by Witness 1 after the incident and went to the residence. Upon arrival, Witness 2 confronted BENTLER and took a phone that BENTLER was holding (later identified through forensic software as a Motorola Model T2117-1 Moto G Power, IMEI 351016561224842) and a phone that was found in BENTLER's bedroom under BENTLER's pillow (later identified through forensic software as a LG Model LG-D321, Serial Number 502CYTB767241).

5. On July 2, 2023, BPD Detective James McMahon conducted a deposition of Witness 1, who stated that on July 2, 2023, while she was at the residence, she observed her BENTLER with a phone in his hand under the kitchen table being pointed toward her

2

daughter MV1. Witness 1 deposed she heard the phone making sounds indicative of a video recording.

6.    On July 2, 2023, BPD Detective James McMahon conducted a deposition of Witness 2. Witness 2 is the uncle of MV1 and brother of Witness 1. Witness 2 deposed that he was contacted by his sister, Witness 1, after she told him that BENTLER had recorded MV1 with his phone under the kitchen table at her residence in Buffalo, NY. Witness 2 deposed that he went to the residence and confronted BENTLER. Witness 2 deposed that during the confrontation with BENTLER, he took the Motorola phone from BENTLER that he had in his hand. Witness 2 deposed that while helping BPD find BENTLER's identification, Witness 2 went to the bedroom of BENTLER where he discovered an LG cellular phone under BENTLER's pillow.

7.    On July 2, 2023, BPD Detective James McMahon conducted a deposition of BENTLER. BENTLER deposed that in the afternoon of July 2, 2023, while in his residence located in Buffalo, NY, he recorded MV1 who was in her panties and shirtless. BENTLER stated he was sorry and that he needed help. BENTER deposed that he was aware that secretly videotaping her could mentally and emotionally harm her. BENTER deposed that he did not receive permission to record MV1 and that he knew what he did was wrong. BENTLER stated he was sometimes sexually attracted to children. During the interview, BENTLER provided consent to BPD to conduct a search of his two cellular telephones, and executed written consent to search forms.

3

8. On November 4, 1984, BENTLER was arrested by the Buffalo, NY Police Department (BPD) for Sexual Abuse 1st Degree, Sexual Contact with an Individual Less Than 11 Year's Old (PL 130.65, Class D Felony) and Failure to Exercise Reasonable Control of a Minor (PL 260.10, Class A Misdemeanor). BENTLER pled guilty to Sexual Abuse 1st Degree and was sentenced to 5 years probation on September 17, 1985.

9. On April 3, 1993, BENTLER was arrested by BPD and charged with Rape 1st Degree, Intercourse with a Person Less Than 11 Years Old (PL 130.35, Class C Felony). BENTLER pled guilty to Attempted Rape 1st Degree, Intercourse with a Person Less Than 11 Years Old ((PL 130.35, Class B Felony) and was sentenced to 7 ½ to 15 years incarceration on March 14, 1994. BENTLER was released to parole on March 28, 2003, and was discharged from parole on January 19, 2006. He was then re-paroled on December 14, 2007, and discharged on April 8, 2008, after maximum expiration.

10. On July 3, 2023, BENTLER was arrested by BPD and charged with Endangering the Welfare of a Child (PL 260.10, Sub 01 Class A Misdemeanor). On September 6, 2023, BENTLER pled guilty and on October 4, 2023, was sentenced to 3 years probation. Additionally, there is an order of protection in place against BENTLER for MV-1 and her family until January 3, 2024.

11. On August 10, 2023, HSI Special Agent Nicholas Melchiorre and your affiant met with BPD Detectives McMahon and Schaeffer at BPD Headquarters to discuss this investigation. BPD Detectives McMahon and Schaeffer outlined their investigation as

4

detailed above and provided your affiant with copies of their case file SVU-23-001312, including statements, case notes, consent to search forms, and a forensic image of BENTLER's two cellular phones.

12.     On August 15, 2023, BPD Detective McMahon and your affiant conducted a recorded interview of BENTLER at the Erie County Correctional Facility in Alden, NY. BENTLER was read his Miranda rights in the English language which he waived both orally and in writing. BENTLER stated he purchased the Motorola phone new at Cricket in South Buffalo in approximately 2021. The phone was listed under his name and BENTLER paid the monthly bills through Cricket. The LG phone was found by BENTLER inside a vehicle during a previous employment years ago. BENTLER stated no one else had access to the two cellular phones that were seized by BPD and that if anything illegal such as child pornography was found on the phone, BENTLER was responsible. BENTLER stated he was sexually attracted to children. BENTLER used the photographs of young children contained on the phones for sexual gratification and would think about the children being naked. BENTLER acknowledged that looking at naked pictures of children and thinking of them was wrong. BENTLER admitted to taking a video of MV1 under the table at his residence while she was only in her diapers. BENTLER stated MV1 would walk around the residence while wearing just her underwear. It became difficult for BENTLER to be around MV1 with her just in her underwear and BENTLER stated he "couldn't take it." BENTLER was sexually attracted to MV1 and wanted to get out of the house. BENTLER stated he became sexually aroused by a video contained on the LG phone depicting a young female child performing oral sex. BENTLER stated he knew the female on the video was a minor and

5

that it was wrong to possess child pornography. BENTLER stated he masturbated to the video. BENTLER stated he was sexually attracted to children. BENTLER became sexually stimulated when viewing children performing sexual acts. BENTLER stated he covertly took a picture of the daughter of Witness 1.

13.     In addition to reviewing all the case materials provided by BPD, your affiant conducted a forensic examination of the Motorola and LG cellular phones seized by BPD from BENTLER's residence. BENTLER acknowledged ownership of each of the devices.

14.     The Motorola phone has been found to contain approximately 115 images and 9 videos of child pornography, some of which depict children as young as toddlers and children being subjected to sadistic and masochistic sexual abuse. Examples are described as follows:

    a. Video 2: This video depicts a 34 second video of an approximately 2-year-old prepubescent female faced down being penetrated from behind by a penis with an adult black gloved hand on the back of the child. Images of same are found separately on the phone.

    b.  Image 5: This image depicts an approximately 7-year-old female performing oral sex on an adult male.

15.     Your affiant identified a video known as Video 8 on the forensic examination report for the Motorola phone that depicts MV1 wearing multi-colored red and white underwear and pink sandals seated in a brown chair. MV1 is topless and moving around on the chair. The video is one minute and twenty-six seconds in length and appears to be recorded covertly from underneath a table.

6

16.    The LG phone has been found to contain approximately 19 images and 3 videos of child pornography.  The majority of the images depict a child engaged in oral sex with an adult male that are taken from an 8 minute and 28 second video of a minor female performing oral sex on an adult male.

17.    Based upon the foregoing, I respectfully submit that I have probable cause to believe that **RICHARD BENTLER** has violated Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

Joshua A. Haslinger, Special Agent
Homeland Security Investigations

Sworn and subscribed telephonically
this 30th day of 2023.

HON. MICHAEL J. ROEMER
United States Magistrate Judge

7